IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WELLINGTON DICKENS, III,     )
                             )
          Plaintiff,         )
                             )
     v.                      )     1:18CV5
                             )
DURHAM COUNTY,               )
                             )
          Defendant.         )

### ORDER

This matter is before this court for review of the Order and Recommendation filed on June 14, 2019, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 5.) In the Recommendation, the Magistrate Judge recommends that this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). The Recommendation was served on the parties to this action on June 14, 2019. (Doc. 6.) Plaintiff filed timely objections, (Doc. 7), to the Recommendation.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which the objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 5), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B). A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 5th day of August, 2019.

/s/ William L. Osteen, Jr.
United States District Judge